**UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT**
Appearance of Counsel Form

Attorneys who wish to participate in an appeal must be properly admitted either to the bar of this court or for the particular proceeding pursuant to 11th Cir. R. 46-1, et seq. An attorney not yet properly admitted must file an appropriate application for admission, all attorneys (except court-appointed counsel) who wish to participate in an appeal must file an appearance form within fourteen (14) days after notice is mailed by the clerk, or upon filing a motion or brief, whichever occurs first. Application forms and appearance forms are available on the Internet at www.ca11.uscourts.gov.

Please Type or Print

Court of Appeals No. 10-13959-CC

Fresco, et al    vs.    R.L. Polk & Co., et al.

The Clerk will enter my appearance for these named parties: Fresco, et. all

In this court these parties are:
☐ appellant(s)   ☐ petitioner(s)   ☐ intervenor(s)
☒ appellee(s)    ☐ respondent(s)   ☐ amicus curiae

☐ The following related or similar cases are pending on the docket of this court:
10-13957-CC; 10-14036-A; 10-13879

☒ Check here if you are lead counsel.

I hereby certify that I am an active member in good standing of the state bar or the bar of the highest court of the state (including the District of Columbia) named below, and that my license to practice law in the named state is not currently lapsed for any reason, including but not limited to retirement, placement in inactive status, failure to pay bar membership fees or failure to complete continuing education requirements. I understand that I am required to notify the clerk of this court within 14 days of any changes in the status of my state bar memberships. See 11th Cir. R. 46-7.

State Bar: Florida    State Bar No.: 316814

Signature: [signed]

Name (type or print): Joel S. Perwin    Phone: 305 779 6090

Firm/Govt. Office: Joel S. Perwin, P.A.    E-mail: shbige@gmail.com

Street Address: 169 E. Flagler Street, Suite 1422    Fax: 305 779 6095

City: Miami    State: FL    Zip: 33131

12/07

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served via U.S. Mail upon all counsel on the attached Service List on this 21st day of September, 2010.

        Respectfully submitted,

        Joel S. Perwin, P.A.
        Alfred I. Dupont Bldg., Suite 1422
        169 E. Flagler Street
        Suite 1422
        Miami, FL 33131
        Tel: (305) 779-6090
        Fax: (305) 779-6095

By: _____
        Joel S. Perwin
        Fla. Bar No.: 316814

## SERVICE LIST

D.J. Powers, Esq.
301 Park Lane
Austin, TX 78704-2412

Jeffrey L. Weinstein, Esq.
Jeffrey L. Weinstein, P.C.
518 E. Tyler Street
Athens, TX 75751-2068

Juan C. Enjamio, Esq.
Gustavo J. Membiela, Esq.
Hunton & Williams LLP
1111 Brickell Avenue
Suite 2500
Miami, FL 33131

John A. Yanchunis, Esq.
James Hoyer Newcomber & Smiljamich
4830 W. Kennedy Blvd.
Suite 550 One Urban Centre
Tampa, FL 33609

Tod Aronovitz, Esq.
Aronovitz Law
777 Brickell Avenue
Suite 850
Miami, FL 33131

David D. Welch, Esq.
Welch Finkel & Schuyler
Great Western Bank Bldg.
2401 E. Atlantic Blvd.
Suite 400
Pompano Beach, FL 33062

James K. Green, Esq.
222 Lakeview Avenue
Suite 1650 Esperante
West Palm Beach, FL 33401

Peter A. Portley, Esq.
Portley & Sullivan
2211 E. Sample Road
Suite 204
Lighthouse Point, FL 33062

Lawrence D. Goodman, Esq.
Devine Goodman Rasco & Wells
777 Brickell Avenue
Suite 850
Miami, FL 33131

Christopher Mason, Esq.
Nixon Peabody, LLP
437 Madison Avenue
New York, NY 10022